**Electronically Filed**
**Supreme Court**
**SCPW-22-0000078**
**16-MAR-2022**
**09:44 AM**
**Dkt. 73 ODDP**

SCPW-22-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WILLIAM M. HICKS; RALPH BOYEA; MADGE SCHAEFER; MICHAELA IKEUCHI;
KIMEONA KANE; MAKI MORINOUE; ROBERTA MAYOR; DEBORAH WARD;
JENNIFER LIENHART-TSUJI; LARRY S. VERAY; and PHILIP BARNES,
Petitioners,

vs.

THE 2021 HAWAIʻI REAPPORTIONMENT COMMISSION AND ITS MEMBERS; THE
STATE OF HAWAIʻI OFFICE OF ELECTIONS; and SCOTT NAGO, in his
official capacity as Chief Elections Officer, State of Hawaiʻi,
Respondents.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION AND TERMINATING TEMPORARY INJUNCTION
(By: Recktenwald, C.J., Nakayama, and Eddins, JJ.,
with McKenna and Wilson, JJ., dissenting)

Upon consideration of petitioners' petition for declaratory judgment, writ of mandamus, and temporary injunction, filed on February 23, 2022, and respondents' answer, filed on March 11, 2022, including the respective supporting documents, as well as the arguments presented at the March 15, 2022 oral argument in this matter,

It is ordered as follows:

1. The petition is denied.

2. The temporary injunction set forth in this court's February 24, 2022 order, and clarified in a subsequent order issued on February 25, 2022, is terminated.

3. An opinion is forthcoming.

DATED: Honolulu, Hawai'i, March 16, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Todd W. Eddins



DISSENT
(By: McKenna and Wilson, JJ.)

We respectfully dissent. A dissenting opinion is forthcoming.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson